USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| Marilyn C. Jonas, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-00600 |
| Kelly Ayotte, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Marilyn C. Jonas and Plaintiff Gordon-Darby Holdings, Inc.                                                       .

Date:        08/07/2026                                                      /s/ Allison D. Wood
                                                                                   *Attorney's signature*

                                                                         Allison D. Wood (DC Bar No. 466928)
                                                                              *Printed name and bar number*

                                                                           888 16th Street, N.W., Suite 500
                                                                           Washington, D.C. 20006

                                                                                        *Address*

                                                                            awood@mcguirewoods.com
                                                                                  *E-mail address*

                                                                                 (202) 857-2420
                                                                                *Telephone number*

                                                                                 (202) 828-3354
                                                                                   *FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
 All counsel of record

 Conventionally Served:

| | |
|---|---|
| 08/07/2026 | /s/ Allison D. Wood |
| Date | Signature |