**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| MARILYN C. JONAS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KELLY AYOTTE, in her official capacity as Governor of the State of New Hampshire, et al.,<br><br>*Defendants*. | Civil Action No. 26-cv-00600-LM-TSM |

**<u>PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE REPLY</u>**

Pursuant to Local Rule 7.1(e)(2), Plaintiffs Marilyn C. Jonas and Gordon-Darby Holdings, Inc. respectfully request the Court's leave to file a reply in support of their Motion to Stay Case, ECF 13. Good cause exists to grant leave for a reply so that Plaintiffs can respond to issues presented in Defendants' Objection, ECF 16. Pursuant to Local Rule 7.1(c), counsel for Plaintiffs conferred with counsel for Defendants regarding this motion for leave, who represented that Defendants assent to the request for leave to file a reply.

Plaintiffs' proposed reply is attached to this filing. Consistent with the Court's rules, the proposed reply is limited to five pages and is being filed within seven days of Defendants' Objection.

Dated: September 28, 2026

Respectfully submitted,

MARILYN JONAS
GORDON-DARBY HOLDINGS, INC.,

By and through their attorneys,

*/s/ Andrew D. Knudsen*

Allison D. Wood (DC Bar No. 466928)
Andrew D. Knudsen (DC Bar No. 1019697)
MCGUIREWOODS LLP
888 16th Street, N.W., Suite 500
Washington, D.C. 20006
(202) 857-1700
awood@mcguirewoods.com
aknudsen@mcguirewoods.com

Amy Manzelli (NH Bar No. 17128)
Andrian Lee (NH Bar No. 277993)
BCM Environmental & Land Law, PLLC
3 Maple Street
Concord, NH 03301
(603) 225-2585
manzelli@nhlandlaw.com
lee@nhlandlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew D. Knudsen*
ANDREW D. KNUDSEN